*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  March 19, 2015                    106143
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                    Respondent,
        v                                    MEMORANDUM AND ORDER

MICHAEL D'ALBERTO,
                    Appellant.
_____


Calendar Date:  January 20, 2015

Before:  Lahtinen, J.P., Egan Jr., Lynch and Clark, JJ.

_____


        Andrew Kossover, Public Defender, Kingston (Michael K. Gould of counsel), for appellant.

        D. Holley Carnright, District Attorney, Kingston (Joan Gudesblatt Lamb of counsel), for respondent.

_____


        Appeal from a judgment of the County Court of Ulster County (Williams, J.), rendered June 11, 2013, convicting defendant upon his plea of guilty of the crime of burglary in the third degree (two counts).

        Defendant waived indictment and agreed to be charged in a superior court information with two counts of burglary in the third degree.  He pleaded guilty to these crimes in satisfaction of the superior court information, as well as other pending charges, and also waived his right to appeal.  Thereafter, he was sentenced in accordance with the plea agreement to consecutive terms of 2⅓ to 7 years in prison.  Defendant now appeals.

        Defendant's sole contention is that his sentence is harsh and excessive.  He is, however, precluded from raising this claim

by his valid waiver of the right to appeal (see People v Brady, 122 AD3d 1009, 1011 [2014]; People v Banks, 122 AD3d 953, 954 [2014]).  Therefore, the judgment is affirmed.

   Lahtinen, J.P., Egan Jr., Lynch and Clark, JJ., concur.


   ORDERED that the judgment is affirmed.




         ENTER:


         Robert D. Mayberger
         Clerk of the Court